WILLIAM HERNEMAN v. STATE.

No. A-553.   Opinion Filed June 6, 1911.

Appeal from Oklahoma County Court; Sam Hooker, Judge.

William Herneman was convicted of selling intoxicating liquor, and appeals.   Reversed and remanded.

J. W. Johnson, for plaintiff in error.

Chas. West, Atty. Gen., for defendant in error.

PER CURIAM.   An information was filed against plaintiff in error in the county court of Oklahoma county on the 7th day of October, 1908, the same containing two counts, the first of which charges the selling of intoxicating liquor, the second, unlawful possession of such liquor with intent to sell.   When the case came on for trial on the 11th day of November, 1908, the state elected to prosecute on the first count.   The plaintiff in error was convicted and sentenced to pay a fine of two hundred dollars and costs and serve one hundred days in the county jail. There is a total want of evidence in the record to sustain a conviction on this count.   The cause is reversed and remanded, with directions to the county court of Oklahoma county to grant a new trial.

---

JOHN LEWIS v. STATE.

Nos. A-857, A-942.   Opinion Filed June 6, 1911.

Appeals from Coal County Court; R. H. Wells, Judge.

Charles T. Gibson, for plaintiff in error.

PER CURIAM.   Plaintiff in error was convicted in the county court of Coal county in two cases for violations of the prohibition law. In each case an appeal was taken to this court.   May 30, 1911, plaintiff in error by his counsel of record filed motions to dismiss said appeals. The motions to dismiss said appeals are sustained.   Wherefore the appeal in each of the above entitled and numbered causes is accordingly dismissed.   The clerk of this court will issue a mandate to the county court of Coal county directing said court to enforce the judgment and sentence pronounced and entered in each case.